**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

SCHUYLKILL COUNTY,

           Petitioner

           v.

PENNSYLVANIA LABOR RELATIONS
BOARD,

           Respondent

: No. 825 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

**ORDER**


**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.